UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| JAIME AISPURO<br>FED. REG. NO. 07030-028 | : | DOCKET NO. 08-1011 |
| VS. | : | JUDGE MELANÇON |
| FEDERAL BUREAU OF PRISONS,<br>ET AL. | : | MAGISTRATE JUDGE METHVIN |

## JUDGMENT

There being no objection to the proposed findings of fact and conclusions of law in the Report and Recommendation of the Magistrate Judge previously filed herein these findings and conclusions are accepted. Alternatively, this court concludes that the proposed findings and conclusions are entirely correct. Accordingly, it is

ORDERED that the plaintiff's *Bivens* claims be dismissed with prejudice as time-barred.

IT IS FURTHER ORDERED that plaintiff's FTCA claims be dismissed with prejudice for lack of subject matter jurisdiction under the Federal Tort Claims Act. 28 U.S.C. § 1346(b)(1), § 2680, or in the alternative, because plaintiff has failed to state a cognizable claim under the Federal Tort Claims Act.

THUS DONE AND SIGNED in Chambers at Lafayette, Louisiana, this 3rd day of August, 2009.

_____
Tucker L. Melançon
UNITED STATES DISTRICT JUDGE